LIPSON NEILSON P.C.
Kaleb D. Anderson (Bar No. 7582)
Lisa J. Zastrow (Bar No. 9727)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
kanderson@lipsonneilson.com
lzastrow@lipsonneilson.com

Allison V. Saunders (Bar No. 220010)
Angela S. Fontana (Bar No. 287398)
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
(213) 237-2400/FAX (213) 237-2401
asaunders@fordharrison.com
afontana@fordharrison.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE COTTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BROWN & BROWN INSURANCE OF NEVADA, INC., a Nevada Corporation; BROWN & BROWN, INC., a Florida corporation; BRIAN CRUDEN, an individual; CLARA CRUDEN, an individual; and DAVE LESTER, an individual,<br><br>Defendants. | Case No.: 2:17-cv-03087-MMD-CWH<br><br>**REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO REQUEST AN EXCEPTION TO ATTENDANCE REQUIREMENTS AT ENE AND MOTION TO CONTINUE THE ENE**<br><br>Date: 5/18/18<br>Time: 10:00 a.m.<br>Judge: Hon. Cam Ferenbach<br>Place: Courtroom 3D<br>333 S. Las Vegas Blvd.<br>Las Vegas, NV 89101 |

Defendants BROWN & BROWN INSURANCE OF NEVADA, INC., BROWN & BROWN, INC., BRIAN CRUDEN, CLARA CRUDEN, and DAVE LESTER ("Defendants") hereby respectfully request permission for its counsel, Allison V. Saunders of FORD & HARRISON LLP, to appear telephonically at the hearing on Defendants' Motion to Request an Exception to Attendance Requirements at ENE and Motion to Continue the

- 1 -

ENE, which is scheduled for May 18, 2018, at 10:00 a.m., in Courtroom 3D, United States District Court, 333 S. Las Vegas Blvd., Las Vegas, NV 89101.

The Court's Order [ECF No. 26] stated, "Out-of-town counsel may file a motion requesting telephonic appearance for the hearing on May 18, 2018."

Therefore, Defendants respectfully requests permission for its counsel to appear telephonically at the hearing.

DATED: May 8, 2018

Respectfully submitted,

FORD & HARRISON LLP

By: /Allison V. Saunders/
Allison V. Saunders (CA Bar No. 220010)
Angela S. Fontana (CA Bar No. 287398)
350 South Grand Ave., Suite 2300
Los Angeles, California 90071
*Admitted Pro Hac Vice*

and

LIPSON NEILSON P.C.
Kaleb D. Anderson (Bar No. 7582)
Lisa J. Zastrow (Bar No. 9727)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendants*

**IT IS SO ORDERED:**

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2018

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of May, 2018, service of the foregoing **REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO REQUEST AN EXCEPTION TO ATTENDANCE REQUIREMENTS AT ENE AND MOTION TO CONTINUE THE ENE** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

Anthony B. Golden, Esq.
Puneet K. Garg, Esq.
Garg Golden Law Firm
3185 St. Rose Parkway, Suite 325
Henderson, NV 89052
agolden@arggolden.com
pgarg@garggolden.com

*Attorneys for Plaintiff*

/s/ Mary Garner

An employee of
Ford & Harrison LLP