GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE COTTON, an individual, | CASE NO.: 2:17-CV-03087-MMD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE** |
| BROWN & BROWN INSURANCE OF NEVADA, INC., a Nevada Corporation; BROWN & BROWN, INC., a Florida corporation; BRIAN CRUDEN, an individual; CLARA CRUDEN, an individual; and DAVE LESTER, an individual, | |
| Defendants. | |

The parties, by and through their counsel of record, pursuant to their settlement of this case,

hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own

/ / /

/ / /

attorney fees and costs.

Dated this 28th day of September, 2018.

GARG GOLDEN LAW FIRM

By /s/ *Anthony B. Golden*
    Anthony B. Golden, Esq.
    3145 St. Rose Parkway
    Suite 230
    Henderson, Nevada 89052
    *Attorneys for Plaintiff*

Dated this 28th day of September, 2018.

FORD & HARRISON LLP

By /s/ *Allison V. Saunders*
    Allison V. Saunders, Esq.
    Angela S. Fontana, Esq.
    350 South Grand Avenue, Suite 2300
    Los Angeles, California 90071
    *Counsel for Defendants*
    *Admitted Pro Hac Vice*

LIPSON NIELSON P.C.

Kaleb D. Anderson, Esq.
Lisa J. Zastrow, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Counsel for Defendants*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: 10/1/2018

2 of 2

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202